UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS A. ROSS,<br><br>    Petitioner,<br><br>v.<br><br>THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>    Respondent. | Case No. 5:23-cv-00220-SB-MAA<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

      Petitioner filed his petition in this habeas action along with a request to proceed in forma pauperis. Dkt. Nos. 1, 3. On February 17, 2023, the Court denied the request to proceed in forma pauperis because it found Petitioner was able to pay the filing fee. Dkt. No. 5. The Court ordered that Petitioner was to pay the filing fee within 30 days of the Court's order and stated that if Petitioner failed to comply, the case would be dismissed without prejudice. *Id.* Petitioner failed to pay the fee, and this case is therefore DISMISSED WITHOUT PREJUDICE. The Clerk is directed to close this case.

IT IS SO ORDERED.

Date: June 6, 2023

                                            Stanley Blumenfeld, Jr.
                                            United States District Judge